FULL NAME

ANTHONY EAVES
COMMITTED NAME (if different)

EMAIL: ttone42@aol.com
FULL ADDRESS INCLUDING NAME OF INSTITUTION

2005 WYANDOTTE STREET

PITTSBURGH, PA 15219
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY EAVES                          PLAINTIFF,

5. Amy Howe
v.

1. Betfair Interactive US LLC d/b/a Fanduel Sportsbook
2. Fanduel, Inc.  3. Betfair Interactive US, llc
4. Flutter Entertainment P.L.C  5. Amy Howe  DEFENDANT(S).
5. VALLEY FORGE COVENTION Center Partners L.P. d/b/a

CASE NUMBER 2:24 cv 07120 SB(PVCx)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☐ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff <u>Anthony Eaves</u>
(print plaintiff's name)

who presently resides at <u>2005 Wyandotte Street Pittsburgh, Pennsylvania 15219</u>,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
<u>Pittsburgh, Pennsylvania</u>
(institution/city where violation occurred)

on (date or dates) _____1/8/23_____ , _____2/12/23_____ , _____2/13/23_____ .
                        (Claim I)              (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant    Betfair Interactive US LLC _____ resides or works at
                 (full name of first defendant)

                 6701 Center Drive West, Suite 1000, Los Angeles, CA 90045 _____
                 (full address of first defendant)

                 _____
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Betfair Interactive US, LLC shares limited libilty. Federal Trade Commsion Act enforces customer loyalty reward points.

sponsors through defendant d/b/a Fanduel Sportsbook. Eaves is a victim of breach of contract and breach of covenant.

2.  Defendant    Betfair Interactive US LLC d/b/a Fanduel Sportsbook _____ resides or works at
                 (full name of first defendant)

                 6701 Center Drive West, Suite 800, Los Angeles, CA 90045 _____
                 (full address of first defendant)

                 _____
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Betfair Interactive US, LLC shares limited libilty. Federal Trade Commsion Act enforces customer loyalty reward points.

sponsors through defendant d/b/a Fanduel Sportsbook. Eaves is a victim of breach of contract and breach of covenant.

3.  Defendant    Fanduel, Inc. _____ resides or works at
                 (full name of first defendant)

                 300 Park Avenue, 14th FL, New York, NY 10010 _____
                 (full address of first defendant)

                 _____
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Fanduel, Inc. is a general partner with unlimited liabilty. Federal Trade Commsion Act enforces customer loyalty reward poi

Eaves is a victim of breach of contract and breach of covenant and hasn't been paid money/ site credit owed to him.

4.  Defendant ___Valley Forge Convention Center Partner, LP d/b/a Valley Forge Casino & Resort___ resides or works at
        (full name of first defendant)

___1160 1st Ave, King of Prussia, Pennsylvania 19406___
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Valley Forge Casino & Resort shares limited liability through its partnership with Fanduel, Inc for pennsylvania residents

wherein the plaintiff resides. Eaves is a victim of breach of contract and breach of covenant and still owes money to Mr.Eaves

5.  Defendant ___Amy Howe___ resides or works at

(full name of first defendant)

___300 Park Avenue, 14th FL, New York, NY 10010___
(full address of first defendant)

Chief Executive Officer, Board of Director
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Amy Howe is the Chief Executive Officer and member of Board Of Directors who shares direct liabilty, and more for the

companies unlawful decepitve and unfair practices and conduct. Amy also share vicarious liabilty through employees actions.

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

The freedom of information act, uncompenstaed takings clause in violation of Amendment 5, Due Process in violation of

Amendment 14, The controlling the assualt of Non Solicited Pornography and Marketing (CAN-SPAM) Act of 2023 for

email Marketing. The plaintiff was not paid according to the advertisements and emails by Fanduel, Inc which is false

advertisement. The plaintiff's contractual rights under Article I, Section 8, Clause 8 of the United States Constitution,

the intellectual property clause have been violated. Unjust enrichment is a legal principle that prevents a person or company

keeping benefits or profits at the expense of another person without providing compensation or justification in such a way

of what the defendants have done to the plaintiff. The plaintiff's releiance on the defendants promise is reasonable in

in accordacne with the Promissory estoppel is a legal doctrine that allows a person to enforce a promise if they reasonably

relied on it and took action or refrained from taking action based on it, resulting in financial harm.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. "Betfair" and "FanDuel" of whom sponsors (1) Rewards Machine; (2) NBA Perfect Picks and (3) Superbowl Bingo, has

not paid out large sums of site-credit in which the plaintiff has won while playing thease contest.

2. The sponsors of these promotions are collectively Fanduel and Betfair however the site-credit is issued in the form of

Sportsbook site credit wherein Betfair Interactive US, llc d/b/a/ Fanduel Sportsbook share liabilty along with Valley Forge

Casino & Resort inconjunction with Sportsbook and Sports events.

3. Plaintiff bingo card accumulated five squares in a row for a Bingo of which seems to have been nullified by the defendant

The sponosrs advertised prizes in accordacne with player "finishing positions" however Fanduel Inc doesn't display any

players of whom won and particpated playing superbowl bingo. Fanduel Sportsbook App is the foundation for the players

to play each game and receive site-credit due for winning. Fanduel's tactices and practices prevents players from knowing

their own finishing positions where customer supoort alleges its posible that there were no prizes left for the plaintiff's bngo

however Terms of Superbowl Bingo states "After [Twnety One Hundred] players who call Bingo will win a free into a privat

free play contest sporting event worth $10,000.00 although the plaintiff was not entered into this contest, which he should've

4. He received $1.44 for his perfect NBA picks for "NBA Perfect Picks" of which the defendants advertise at $1,000.00 & $

5. Plaintiff has received less than $280.00 for accumalting 3 trophies during one week, on five seperate occasions. The defenc

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Plaintiff prays and request that theis court grant him either of the following types of relief in addition to awarding damages:

Equitable relief- Specific Peformance through a court order compelling the defendants parties to payout the marketed value(s)

for NBA Perfect Pickets of which the defendants advertise an amount of either $1,000.00 and/or $5,000.00 2.) $2,000.00 for 3

trophies during one week wins up to $2,000.00 however the plaintiff accumlated 3 trophies during the same exact week on five

seperate occasions adding up to a total of collecting more than 15 trophies during a maximum of 5 weeks and the maximum

payout/award in which the defendants paidout to the plaintiff was $75.00.00 for one week, $75.00 for the second week, $50.00

for a third week, $30.00 for a 4th week; and less than $25.00 for the fifth week in which the plaintiff collected three trophies on

Fanduel Rewards Machine.

Injunction Relief: Court order restitution in addiion to Specifc Performance to have the defendants honor th contractual terms.

Anthony Eaves, the plaintiff futher explains the basis for the amount of relief sought

Count 1: Breach of Fiduciary Duty of  Loyalty-EXEMPLARY DAMAGES/PUNITIVE DAMAGES of $2,500.00;

Count 2: Breach of Covenant of Good Faith and Fair Dealing in Contracts- Monetary Damages of $2,500.00

Count 3: Liquidated Damges for Non-Performance of Contract in the amount of $2,500.00

Count 4: Breach of Contract: General Compensatory Damages, Consequential Damages and/or Incidental Damages in the amount

of $9,800.00 for the predetermined value due to the plaintiff in the marketing advertisments and email advertisments

Count 5: Unjust Enrichment: court may order the restoration of a specific thing or award a sum of money referred to as restitution.

Count 6: The implied agreement created by promissory estoppel usually has the same binding effects as a valid contract. If a

for the defendants failure to perform contrcatual obligation, the plaintiff request the court to award either or both reliance damages

or expectation damages.

|   8/14/24   |   | _Anthony Eaves (signature)_ |
| --- | --- | --- |
| *(Date)* |   | *(Signature of Plaintiff)* |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] ) <br><br> 1. ANTHONY EAVES | **DEFENDANTS** ( Check box if you are representing yourself [X] ) <br><br> 1. Betfair Interactive US, LLC; 2. Betfair Interactive US, LLC d/b/a Fanduel Sportsbook <br> 3. Valley Forge Convention Center Partners, L.P. d/b/a Valley Forge Casino & Resort; <br> 4. JFLUTTER ENTERTAINMENT,PIC. 5)Fanduel Group, Inc. 6)Amy Howe |

| | |
|---|---|
| **(b) County of Residence of First Listed Plaintiff**   ALLEGHENY <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | **County of Residence of First Listed Defendant**   CALIFORNIA <br> *(IN U.S. PLAINTIFF CASES ONLY)* |

| | |
|---|---|
| **(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. <br><br> 1. Anthony Eaves-self represented/Pro Se 2005 Wyandotte Street Pittsburgh, PA 15219 | **Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. <br> 6.300 PARK AVE, South, 14th Floor New York,NY 10010 <br> 1. 6701 Center Drive West, Suite 1000, Los Angeles, CA 90045 <br> 2. 6701 Center Drive West, Suite 800, Los Angeles, CA 90045 d/b/a/ Fanduel <br> Sportsbook; 3. 1160 1st Ave, King of Prussia, Pennsylvania 19406 <br> 4. FLUTTER ENTERTAINMENT PIC. BCIrView Office Park, Beech Hill Rd,Dublin 4,D04 V972 <br> 5.300 PARK AVENUE, SOUTH, 14th FLOOR NY,NEW YORK 10010 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| [ ] 1. U.S. Government Plaintiff | [X] 3. Federal Question (U.S. Government Not a Party) |
| [ ] 2. U.S. Government Defendant | [ ] 4. Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] 1. Original Proceeding | [ ] 2. Removed from State Court | [ ] 3. Remanded from Appellate Court | [ ] 4. Reinstated or Reopened | [ ] 5. Transferred from Another District (Specify) | [ ] 6. Multidistrict Litigation - Transfer | [ ] 8. Multidistrict Litigation - Direct File |

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [ ] Yes [X] No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No     [ ] **MONEY DEMANDED IN COMPLAINT:** $ 20,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
41 U.S.C § 6503- Breach of terms & Contract; 25 U.S.C § 3116(a)-Failure to return Financial Assistance For Obligated Services; Federal Trade Commission Act 15 USC § 45(a)
Unfair or deceptive acts or practices and Section (6)g; 31 U.S.C. § 5324-Money Transactions; 31 U.S.C. § 5311-Record Keeping; 31 U.S.C. § 3545- Civil action to recover money;
Amendment 5-Takings Clause ;

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | **TORTS** | [ ] 510 Motions to Vacate Sentence | [ ] 835 Patent - Abbreviated New Drug Application |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 880 Defend Trade Secrets Act of 2016 (DTSA) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 310 Airplane | [ ] 371 Truth in Lending | **Other:** | **SOCIAL SECURITY** |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 861 HIA (1395ff) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 862 Black Lung (923) |
| [ ] 480 Consumer Credit | | [ ] 330 Fed. Employers' Liability | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 485 Telephone Consumer Protection Act | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 345 Marine Product Liability | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 440 Other Civil Rights | [ ] 690 Other | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 441 Voting | **LABOR** | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [X] 196 Franchise | [ ] 362 Personal Injury-Med Malpractice | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 895 Freedom of Info. Act | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 896 Arbitration | [ ] 210 Land Condemnation | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

| | |
|---|---|
| **FOR OFFICE USE ONLY:**     Case Number: | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? <br><br> *check one of the boxes to the right*  ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO.  Continue to Question B.2. |
|  | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> *check one of the boxes to the right*  ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. |  | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? <br><br> *check one of the boxes to the right*  ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO.  Continue to Question C.2. |
|  | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> *check one of the boxes to the right*  ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. |  | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.** <br> Orange County | **B.** <br> Riverside or San Bernardino County | **C.** <br> Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the <br> SOUTHERN DIVISION. <br><br> Enter "Southern" in response to Question E,  below, and continue from there. <br><br> If "no," go to question D2 to the right.  ➡ | If "yes," your case will initially be assigned to the <br> EASTERN DIVISION. <br><br> Enter "Eastern" in response to Question E,  below. <br><br> If "no," your case will be assigned to the WESTERN DIVISION. <br><br> Enter "Western" in response to Question E, below.  ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ |  |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**

☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**

☒ NO    ☐ YES

If yes, list case number(s): _____

**If yes, you must file a Notice of Related Cases. See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☐    A. Arise from the same or a closely related transaction, happening, or event;

☐    B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐    C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐    A. Arise from the same or a closely related transaction, happening, or event;

☐    B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐    C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF:** Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?

☒ NO    ☐ YES

**If yes, see Local Rule 83-11 for additional requirements.**

---

**XI. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _Anthony Egue_    DATE: August 14, 2024

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

---

EXHIBIT A



EXHIBIT A



EXHIBIT A



2

EXHIBIT B



EXHIBIT B



week Ending January 28, 2023

EXHIBIT C



EXHIBIT D



YOUR DAILY **FREE** CHANCE TO

WIN UP TO $2000

**CLICK TO PLAY IN PA**          **CLICK TO PLAY IN MI**

(https://account.pa.casino.fanduel.com/          (https://account.mi.casino.fanduel.com/

**CLICK TO PLAY IN NJ**          **CLICK TO PLAY IN WV**

(https://account.nj.casino.fanduel.com/          (https://account.wv.casino.fanduel.com/



EXHIBIT D

Hundreds of thousands of players have banked FREE wins on Reward Machine™. Play your 3 spins every day for a chance to win a share of the next $100,000,000!

# HOW TO PLAY

## DOWNLOAD & SIGN UP

Download the FanDuel Casino app, create your account and verify your identity.

## GET 3 FREE SPINS EVERY DAY

Match 3 symbols for an instant win or rack up symbols throughout the week to earn a Casino Bonus or Bonus Spins!

## WIN UP TO $2000

Collect 3 trophies to win up to $2000 in Casino Bonus!

## WIN AN EXTRA $1000 EVERY WEEK WITH BONUS DRAW

Collect tickets for a chance to win even more Casino Bonus in the Sunday night Bonus Draw!



## 1x PLAY THROUGH

We don't make you wager your casino bonus over and over to withdraw. Just play through it once and any winnings are yours!

2

EXHIBIT E

### FanDuel Super Bowl Bingo Promotion

### TERMS & CONDITIONS

NO PURCHASE OR WAGER OF ANY KIND IS NECESSARY TO ENTER OR WIN THIS PROMOTION. A PURCHASE OR WAGER OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING. VOID WHERE PROHIBITED BY LAW. AFFIDAVIT OF ELIGIBILITY / RELEASE OF LIABILITY / PRIZE ACCEPTANCE AGREEMENT MAY BE REQUIRED. ALL DISPUTES WILL BE RESOLVED SOLELY BY BINDING ARBITRATION AND ENTRANTS WAIVE THE ABILITY TO BRING CLAIMS IN A CLASS ACTION FORMAT.

#### 1. Description of Promotion

Welcome to the Super Bowl Bingo promotion (the "**Promotion**") where participants each get a unique bingo card with Twenty-Four (24) different squares each containing an Event (as defined herein), including Eligible Game (as defined below) related props and other moments in the Eligible Game broadcast, and a free square in the center. The first 20,100 participants who get "**Bingo**" (i.e. 5 squares in a row) will win payout amounts in site credit as set forth herein.

The Promotion is sponsored by Betfair Interactive US, LLC ("**BIU**"), located at 6701 Center Drive West, Suite 1000, Los Angeles, CA 90045 and FanDuel Inc., located at 300 Park Ave South, 14th Floor, New York, NY 10010 ("**FanDuel**", and collectively with BIU, the "**Sponsor**"). The terms "you" or "your" mean the person to whom a Payout (defined below) is issued to upon satisfaction of the Terms and Conditions set forth in this Promotion. Redemption of the Promotion is expressly conditioned upon acceptance of and compliance with all of these Promotion "**Terms and Conditions**". Promotion participants may be required to sign paperwork issued by the Sponsor.

#### 2. Promotion Period

The Promotion will begin on 12:00am ET on January 30, 2023 and ends at 6:29pm ET on February 12, 2023 (the "**Promotion Period**").

#### 3. Eligibility

The Promotion is open to individuals who enter with a Sportsbook Account (as defined herein) who are at least 21 years of age and are physically present in Arizona, Colorado, Connecticut, Illinois, Indiana, Iowa, Kansas, Louisiana (excluding the following parishes: Caldwell, Catahoula, Franklin, Jackson, LaSalle, Sabine, Union, West Carroll and Winn), Maryland, Michigan, New Jersey, New York, Ohio, Pennsylvania, Tennessee, Virginia, West Virginia, or Wyoming during the Promotion Period. The Promotion is also open to individuals who enter with a DFS Account (as defined herein) who are at least 18 year of age or older, 19 or older if in Alabama and 21 or older if in Massachusetts or Iowa who comply with FanDuel's terms of use for free entry contests. If your social security number is associated with another Sportsbook Account (as defined below) or DFS Account (as defined below) database, you may only earn one Payout (as defined below) respect of all such Sportsbook or DFS Accounts (as defined below) under this Promotion. Employees, officers and directors of the Sponsor, their parent companies, and each of their respective affiliates, subsidiaries, cable/satellite affiliates, advertising and promotion agencies, retailers, distributors, and each of such employees', officers' and directors' immediate family members and/or those living in the same household (whether legally related or not) of each are not eligible to participate in the Promotion or receive a Payout (as defined below).

#### 4. Action Required

Use your Sportsbook or DFS Account (as defined below) credentials to log in and select the "Play Now" option on the Promotion page ("**Entry**"). Upon Entry you will be given a virtual Bingo card. No purchase or deposit is necessary in order to make an Entry. To get "Bingo", you must complete a row of five squares on your Bingo card. An explanation of what must occur to complete a square ("**Events**") is explained in the 'Glossary of Squares' on the Promotion page. A completed row may be formed by completing all the squares in one column, row, or diagonally from top left to bottom right or top right to bottom left. Once a row is complete, the call Bingo button ("**Button**") at the bottom of your Bingo card will change color, indicating that you may submit your card to win.

#### 5. Claiming Promotion Offer

EXHIBIT E

The first Twenty-Thousand One Hundred (20,100) participants to click the Button with a completed row on his or her card will receive a payout amount based on their finishing position as listed in the table below ("**Payout**"). Finishing positions will be determined by order in which participants click the Button.

| Finishing positions | Payout amount |
|---|---|
| 1 | $10,000 in site credit |
| 2-10 | $1,000 in site credit |
| 11-20 | $250 in site credit |
| 21-200 | $100 in site credit |
| 201-600 | $50 in site credit |
| 601-1,600 | $10 site credit |
| 1,601-4,600 | $5 site credit |
| 4,601-20,100 | $1 site credit |
| Players after 20,100 who call Bingo | Entry into a private Free to Play Contest for a to be determined sporting event with a prize pool of $10,000 to be split evenly amongst all winners. |

**Payouts will occur in non-withdrawable site credit that expires 7 days after receipt.** Site credit will be distributed as either DFS site credit or Sportsbook site credit based on the location of and user activity on the account you use to enter the Contest in accordance with the following:

o   If your account is geolocated to a DFS-only state (in which FanDuel offers a DFS service but does not offer an online sportsbook service), any Payouts will be in DFS-only site credit.

o   If your account is geolocated to a state in which FanDuel offers both a DFS service and an online sportsbook service, and you have no recent activity on either the DFS or sportsbook service, any Payouts will be made in Sportsbook-only site credit.

o   If your account is geolocated to a state in which FanDuel offers both a DFS service and an online Sportsbook service, and you have recent activity on the DFS service but no recent activity on the Sportsbook service, any Payouts will be made in DFS-only site credit.

o   If your account is geolocated to a state in which FanDuel offers both a DFS service and an online sportsbook service, and you have recent activity on the Sportsbook service but no recent activity on the DFS service, any Payouts will be made in Sportsbook-only site credit.

o   If your account is geolocated to a state in which FanDuel offers both a DFS service and an online sportsbook service, and you have recent activity on both the DFS or Sportsbook service, any Payouts will be made in Sportsbook-only site credit.

Sportsbook-only site credit is only valid online and not in any FanDuel Sportsbook retail locations.

There is a limit of one (1) share of the Payout per individual. There will be a total of One Hundred Thousand Dollars ($100,000) in total Payouts during the entire Promotion Period. If applicable, the Payout will be credited within seventy-two (72) hours of the completion of the Promotion Period. Payout recipients will be solely responsible for all federal, state, and local taxes, and for any other fees or costs associated with the Payout received, regardless of whether the Payout, in whole or in part, is used. The Payout value may be reported for tax purposes as required by law.

Determination of whether an Event will result in the completion of a square shall be decided by Sponsor in its sole discretion. If multiple Events occur during the same play, all Events are deemed to have occurred at the completion of that play. Events cannot occur until after the opening tipoff. Second-half Events cannot occur until after the opening tipoff of the second half. The free square for the start of the 4th quarter will be deemed to have occurred once the ball is put in play at the start of the 4th quarter.

## 6. Registration Procedures

To qualify for the Contest, eligible individuals must have an active FanDuel Sportsbook member account ("**Sportsbook Account**") or an active FanDuel Daily Fantasy Sports member account ("**DFS Account**" and together with Sportsbook Account, "Accounts" and each, an "Account"). Creating a Sportsbook Account at https://sportsbook.fanduel.com or

EXHIBIT E

creating a DFS account at https://www.fanduel.com/join is free. By submitting your information and creating a DFS
Account or Sportsbook Account, however, participants will be required to agree to Sponsor's Privacy Policy and Terms
at https://www.fanduel.com/privacy.  If you do not agree to Sponsor's Terms and Privacy Policy, you cannot create a
DFS Account or Sportsbook Account.

### 7. Limitations on Participation

In addition to the Eligibility Requirements in Section 3, Sponsor reserves the right to refuse or otherwise restrict your
eligibility to participate in the Contest for any reason, in their sole discretion, including based on your wagering patterns
or wagering history or if you failed to take advantage of any previous Contest in good faith.  This Contest is void where
prohibited by law.

### 8. Wagering Requirements

N/A.

### 9. Order of Funds Used for Wagering

Sportsbook site credit is used before deposited funds when wagering. DFS site credit is used before deposited funds
when entering paid contests on your DFS Account. DFS Account users located in ID, HI, MT, NV, and WA are not eligible
to participate in paid entry contests on FanDuel. FanDuel makes no representation that participation in paid entry fantasy
sports contests is lawful under Texas state law.

### 10. Eligible Games

The NFL championship game ("**Super Bowl**") taking place on February 12,2023.

### 11. Restrictions on Withdrawal

The Payout is not transferable and cannot be substituted except in the Sponsor's sole discretion. The Payout may only
be used for wagering on your Sportsbook Account or entering contests on your DFS Account. Any unused portion of the
Payout will be automatically withdrawn from your Sportsbook Account seven (7) days after being credited to your
Sportsbook Account and will be automatically withdrawn from your DFS Account fourteen (14) days after being credited
to your DFS Account. In order to withdraw any winnings generated from wagers using your Payout from your
Sportsbook Account, you must make a minimum deposit of Ten Dollars ($10) into your Sportsbook Account.

In order to withdraw any winnings generated from contests entered into using your Payout from your DFS Account, you
must make a minimum deposit of One Dollar ($1) into your DFS Account. You may withdraw any deposited funds without
penalty at any time. Payouts made to Sportsbook Accounts are in non-withdrawable site credit but do not carry any
restrictions as to withdrawing winnings earned from use of such site credit. Promotion participants located in states that
Sponsor does not offer a DFS, or online Sportsbook service may contact customer support at https://support.fanduel.com
to convert their Payout, if any, into withdrawable cash. DFS Accounts and Sportsbook Accounts associated with users
located in states in which Sponsor currently offers a DFS or online Sportsbook service are not eligible to have any
received Payout converted to withdrawable cash.

### 12. Cancellation

Should you wish to cancel your participation in this Contest at any time, please contact customer support at
https://support.fanduel.com/s/. Upon cancellation, you may withdraw any funds you have deposited into your account
without restriction. However, any site credit in your FanDuel Account may not be withdrawn. For customers located in
New York, complaints may be filed directly with the New York State Gaming Commission.

### 13. Gambling Problem

Arizona Customers: Gambling Problem? Call 1-800-NEXT-STEP or text NEXTSTEP to 53342

Colorado Illinois, New Jersey, Ohio, Pennsylvania, and Virginia Customers: If you or someone you know has a gambling
problem, help is available. Call 1-800-GAMBLER.



3

EXHIBIT E

Connecticut Customers: Gambling Problem? Call 1-888-789-7777 or visit ccpg.org/chat

Indiana Customers: For Help with A Gambling Problem, Call 1-800-9-WITH-IT

Iowa Customers: If you or someone you know needs gambling treatment, call 1-800-BETSOFF

Kansas Customers: Gambling Problem? Getting ghelp is your best bet. Call 1-800-522-4700 or visit ksgamblinghelp.com

Louisiana Customers: If you or someone you know has a gambling problem and wants help, call 1-877-770-STOP

Maryland Customers: Please play responsibly, for help visit mdgamblinghelp.org or Call 1-800-GAMBLER

Michigan Customers: Gambling Problems? Call 1-800-270-7117 for confidential help

New York Customers: For help with a gambling problem, Call 1-877-8HOPE-NY or Text HOPENY (467369)

Tennessee Customers: For problem gambling support, call or text the Tennessee REDLINE 1-800-889-9789

West Virginia Customers: Gambling Problem? 1-800-GAMBLER or visit www.1800gambler.net

Wyoming Customers: Gambling Problem? Call 1-800-522-4700

## 14. Additional Terms

**Administration**: The Sponsor expressly reserves the right to amend, suspend or terminate this Contest at any time without prior notice or consent. Administration of this Contest is at the sole discretion of the Sponsor. Sponsor reserves the right to restrict at any time any Account holder from participating in this Contest for any reason. Any questions relating to eligibility, these Terms and Conditions or any other questions concerning this Contest will be resolved at the sole discretion of the Sponsor and their decisions will be final and binding with respect thereto. No groups, clubs, corporations, companies, partnerships, or organizations may participate in this Contest or reproduce or distribute any portion of these Terms and Conditions to their members.

**Release and Waiver of Liability**: By redeeming this Contest, participants agree to release, defend, indemnify and hold harmless the Sponsor, and each of their respective affiliates, gaming license partners, advertising and Contest agencies, directors, officers, employees, representatives and agents from and against any and all liability claims or actions of any kind whatsoever (however named or described) for injuries, death, damages or losses to persons and property which may be sustained in connection with: (i) your participation in the Contest; and (ii) the receipt, use or misuse of the Payout, or while preparing for, participating in, and/or traveling to any Contest-related activity, including those damages caused by the Sponsor's own negligence. The Sponsor expressly disclaim any responsibility or liability for injury or loss to any person or property relating to the delivery and/or subsequent use or misuse of the Payout. In consideration of the Payout, each individual hereby agrees and consents, without further authorization, compensation or remuneration of any kind, to the use of such individual's name, photograph, likeness (including his/her voice), biographical information and statements concerning the Contest, in any and all advertising, Contests and other publicity conducted by the Sponsor, and each of their respective parents, subsidiaries and affiliates.

**Governing Law**: All issues and questions concerning the construction, validity, interpretation and enforceability of these Terms and Conditions or the rights and obligations of participants and the Sponsor in connection with the Contest will be governed by and construed in accordance with the internal laws of the State of New York, without giving effect to any choice of law or conflict of law rules or provisions that would cause the application of any other laws.

**Dispute Resolution**: The parties each agree to finally settle all disputes only through arbitration; provided, however, the Sponsor shall be entitled to seek injunctive or equitable relief in the state and federal courts in New York County, New York and any other court with jurisdiction over the parties. In arbitration, there is no judge or jury and review is limited. The arbitrator's decision and award is final and binding, with limited exceptions, and judgment on the award may be entered in any court with jurisdiction. The parties agree that, except as set forth above, any claim, suit, action or proceeding arising out of or relating to this Contest shall be resolved solely by binding arbitration before a sole arbitrator under the streamlined Arbitration Rules Procedures of JAMS Inc. ("JAMS") or any successor to JAMS. In the event

4

EXHIBIT E

JAMS is unwilling or unable to set a hearing date within fourteen (14) days of the filing of a "Demand for Arbitration", then either party can elect to have the arbitration administered by the American Arbitration Association ("AAA") or any other mutually agreeable arbitration administration service. If an in-person hearing is required, then it will take place in New York, New York. The federal or state law that applies to these Terms and Conditions will also apply during the arbitration. Disputes will be arbitrated only on an individual basis and will not be consolidated with any other proceedings that involve any claims or controversy of another party, including any class actions; provided, however, if for any reason any court or arbitrator holds that this restriction is unconscionable or unenforceable, then the agreement to arbitrate doesn't apply and the dispute must be brought in a court of competent jurisdiction in New York County, New York. The Sponsor agree to pay the administrative and arbitrator's fees in order to conduct the arbitration (but specifically excluding any travel or other costs of participant to attend the arbitration hearing). Either party may, notwithstanding this provision, bring qualifying claims in small claims court.

**LIMITATION OF LIABILITY: TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, THE SPONSOR, AND THEIR SUBSIDIARIES, ARE NOT RESPONSIBLE OR LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, ECONOMIC, EXEMPLARY, PUNITIVE OR OTHER DAMAGES UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER THEORY ARISING OUT OF OR RELATING IN ANY WAY, DIRECTLY OR INDIRECTLY, TO REDEMPTION OF THE CONTEST, EVEN IF FORESEEABLE OR EVEN IF THE SPONSOR HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**

**Miscellaneous**: No waiver of any of the provisions of these Terms and Conditions shall be deemed or shall constitute a waiver of any other provisions hereof, nor shall waiver constitute a continuing waiver unless otherwise expressly provided. If any provision of these Terms and Conditions is found to be invalid or unenforceable by a court of competent jurisdiction, such provision shall be severed from the remainder of these Terms and Conditions, which will otherwise remain in full force and effect.

**Winners Lists**: For any legally required winners' list, send a self-addressed stamped envelope to Sponsor at Attn: Legal Department at 300 Park Ave., New York, NY 10022. All such requests must be received within three (3) months after the end of the Contest.

EXHIBIT



# $100,000

Grab your free card filled with squares featuring Super Bowl moments!

**PLAY FREE**

**(HTTPS://WWW.FANDUEL.COM/FREE/GAMES/BINGO)**



PICK SIX

## HOW TO PLAY



### I. CLAIM YOUR FREE CARD

Every card has 24 Super Bowl props + a FREE square in the center.

①

EXHIBIT 124



## 2. CHECK YOUR CARD THROUGHOUT THE GAME

Your card will automatically mark the square for every prop that hits.



## 3. CONNECT 5 SQUARES IN A ROW

Call BINGO to claim your share of $100,000 in prizes.

**PLAY FREE (HTTPS://WWW.FANDUEL.COM/FREE/GAMES/BINGO)**

②

EXHIBIT F

## FULL PRIZING

| FINISHING POSITIONS | PAYOUT AMOUNT |
|---|---|
| 1 | $10,000 in site credit |
| 2-10 | $1,000 in site credit |
| 11-20 | $250 in site credit |
| 21-200 | $100 in site credit |
| 201-600 | $50 in site credit |
| 601-1,600 | $10 in site credit |
| 1,601-4,600 | $5 in site credit |
| 4,601-20,100 | $1 in site credit |
| Players after 20,100 who call Bingo | Entry into a private Free to Play Contest for a to be determined sporting event with a prize pool of $10,000 to be split evenly amongst all winners. |

## GLOSSARY OF SQUARES

### FANDUEL SUPER BOWL BINGO GLOSSARY OF SQUARES

CLICK HERE TO DOWNLOAD
(HTTPS://S3.AMAZONAWS.COM/CDN.FANDUEL.COM/IMAGES/2023/F2P/FANDUEL+SUPER+BOWL+BINGO+GLOSSARY+OF+SQUARES.F

## OFFICIAL RULES

### OFFICIAL RULES

NO PURCHASE OR WAGER OF ANY KIND IS NECESSARY TO ENTER OR WIN THIS PROMOTION. A PURCHASE OR WAGER OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING. VOID WHERE PROHIBITED BY LAW. AFFIDAVIT OF ELIGIBILITY / RELEASE OF LIABILITY / PRIZE ACCEPTANCE AGREEMENT MAY BE REQUIRED. ALL DISPUTES WILL BE RESOLVED SOLELY BY BINDING ARBITRATION AND ENTRANTS WAIVE THE ABILITY TO BRING CLAIMS IN A CLASS ACTION FORMAT.

### I. DESCRIPTION OF PROMOTION

Welcome to the Super Bowl Bingo promotion (the "Promotion") where participants each get a unique bingo card with Twenty-Four (24) different squares each containing an Event (as defined herein), including Eligible Game (as defined below) related props and other moments in the Eligible Game broadcast, and a free square in the center. The first 20,100 participants who get "Bingo" (i.e. 5 squares in a row) will win payout amounts in site credit as set forth herein.

The Promotion is sponsored by Betfair Interactive US, LLC ("BIU"), located at 6701 Center Drive West, Suite 1000, Los Angeles, CA 90045 and FanDuel Inc., located at 300 Park Ave South, 14th Floor, New York, NY 10010 ("FanDuel", and collectively with BIU, the "Sponsor"). The terms "you" or "your" mean the person to whom a Payout (defined below) is

EXHIBIT F

issued to upon satisfaction of the Terms and Conditions set forth in this Promotion. Redemption of the Promotion is expressly conditioned upon acceptance of and compliance with all of these Promotion Terms and Conditions. Promotion participants may be required to sign paperwork issued by the Sponsor

## 2. PROMOTION PERIOD

The Promotion will begin on 12:00am ET on January 30, 2023 and ends at 6:29pm ET on February 12, 2023 (the "Promotion Period").

## 3. ELIGIBILITY

The Promotion is open to individuals who enter with a Sportsbook Account (as defined herein) who are at least 21 years of age and are physically present in Arizona, Colorado, Connecticut, Illinois, Indiana, Iowa, Kansas, Louisiana (excluding the following parishes: Caldwell, Catahoula, Franklin, Jackson, LaSalle, Sabine, Union, West Carroll and Winn), Maryland, Michigan, New Jersey, New York, Ohio, Pennsylvania, Tennessee, Virginia, West Virginia, or Wyoming during the Promotion Period. The Promotion is also open to individuals who enter with a DFS Account (as defined herein) who are at least 18 year of age or older, 19 or older if in Alabama and 21 or older if in Massachusetts or Iowa who comply with FanDuel's terms of use for free entry contests. If your social security number is associated with another Sportsbook Account (as defined below) or DFS Account (as defined below) database, you may only earn one Payout (as defined below) respect of all such Sportsbook or DFS Accounts (as defined below) under this Promotion. Employees, officers and directors of the Sponsor, their parent companies, and each of their respective affiliates, subsidiaries, cable/satellite affiliates, advertising and promotion agencies, retailers, distributors, and each of such employees', officers' and directors' immediate family members and/or those living in the same household (whether legally related or not) of each are not eligible to participate in the Promotion or receive a Payout (as defined below).

## 4. ACTION REQUIRED

Use your Sportsbook or DFS Account (as defined below) credentials to log in and select the "Play Now" option on the Promotion page ("Entry"). Upon Entry you will be given a virtual Bingo card. No purchase or deposit is necessary in order to make an Entry. To get "Bingo", you must complete a row of five squares on your Bingo card. An explanation of what must occur to complete a square ("Events") is explained in the 'Glossary of Squares' on the Promotion page. A completed row may be formed by completing all the squares in one column, row, or diagonally from top left to bottom right or top right to bottom left. Once a row is complete, the call Bingo button ("Button") at the bottom of your Bingo card will change color, indicating that you may submit your card to win.

## 5. CLAIMING PROMOTION OFFER

The first Twenty-Thousand One Hundred (20,100) participants to click the Button with a completed row on his or her card will receive a payout amount based on their finishing position as listed in the table below ("Payout"). Finishing positions will be determined by order in which participants click the Button.

EXHIBIT #:27    F

| FINISHING POSITIONS | PAYOUT AMOUNT |
|---|---|
| 1 | $10,000 in site credit |
| 2-10 | $1,000 in site credit |
| 11-20 | $250 in site credit |
| 21-200 | $100 in site credit |
| 201-600 | $50 in site credit |
| 601-1,600 | $10 in site credit |
| 1,601-4,600 | $5 in site credit |
| 4,601-20,100 | $1 in site credit |
| Players after 20,100 who call Bingo | Entry into a private Free to Play Contest for a to be determined sporting event with a prize pool of $10,000 to be split evenly amongst all winners. |

Payouts will occur in non-withdrawable site credit that expires 7 days after receipt. Site credit will be distributed as either DFS site credit or Sportsbook site credit based on the location of and user activity on the account you use to enter the Contest in accordance with the following:

If your account is geolocated to a DFS-only state (in which FanDuel offers a DFS service but does not offer an online sportsbook service), any Payouts will be in DFS-only site credit.

If your account is geolocated to a state in which FanDuel offers both a DFS service and an online sportsbook service, and you have no recent activity on either the DFS or sportsbook service, any Payouts will be made in Sportsbook-only site credit.

If your account is geolocated to a state in which FanDuel offers both a DFS service and an online Sportsbook service, and you have recent activity on the DFS service but no recent activity on the Sportsbook service, any Payouts will be made in DFS-only site credit.

If your account is geolocated to a state in which FanDuel offers both a DFS service and an online sportsbook service, and you have recent activity on the Sportsbook service but no recent activity on the DFS service, any Payouts will be made in Sportsbook-only site credit.

If your account is geolocated to a state in which FanDuel offers both a DFS service and an online sportsbook service, and you have recent activity on both the DFS or Sportsbook service, any Payouts will be made in Sportsbook-only site credit.

Sportsbook-only site credit is only valid online and not in any FanDuel Sportsbook retail locations.

There is a limit of one (1) share of the Payout per individual. There will be a total of One Hundred Thousand Dollars ($100,000) in total Payouts during the entire Promotion Period. If applicable, the Payout will be credited within seventy-two (72) hours of the completion of the Promotion Period. Payout recipients will be solely responsible for all federal, state, and local taxes, and for any other fees or costs associated with the Payout received, regardless of whether the Payout, in whole or in part, is used. The Payout value may be reported for tax purposes as required by law.

Determination of whether an Event will result in the completion of a square shall be decided by Sponsor in its sole discretion. If multiple Events occur during the same play, all Events are deemed to have occurred at the completion of that play. Events cannot occur until after the opening tipoff. Second-half Events cannot occur until after the opening tipoff of the second half. The free square for the start of the 4th quarter will be deemed to have occurred once the ball is put in play at the start of the 4th quarter.

## 6. REGISTRATION PROCEDURES

EXHIBIT F

To qualify for the Contest, eligible individuals must have an active FanDuel Sportsbook member account ("Sportsbook Account") or an active FanDuel Daily Fantasy Sports member account ("DFS Account" and together with Sportsbook Account, "Accounts" and each, an "Account"). Creating a Sportsbook Account at https://sportsbook.fanduel.com or 3 creating a DFS account at https://www.fanduel.com/join is free. By submitting your information and creating a DFS Account or Sportsbook Account, however, participants will be required to agree to Sponsor's Privacy Policy and Terms at https://www.fanduel.com/privacy. If you do not agree to Sponsor's Terms and Privacy Policy, you cannot create a DFS Account or Sportsbook Account.

## 7. LIMITATIONS ON PARTICIPATION

In addition to the Eligibility Requirements in Section 3, Sponsor reserves the right to refuse or otherwise restrict your eligibility to participate in the Contest for any reason, in their sole discretion, including based on your wagering patterns or wagering history or if you failed to take advantage of any previous Contest in good faith. This Contest is void where prohibited by law.

## 8. WAGERING REQUIREMENTS

N/A.

## 9. ORDER OF FUNDS USED FOR WAGERING

Sportsbook site credit is used before deposited funds when wagering. DFS site credit is used before deposited funds when entering paid contests on your DFS Account. DFS Account users located in ID, HI, MT, NV, and WA are not eligible to participate in paid entry contests on FanDuel. FanDuel makes no representation that participation in paid entry fantasy sports contests is lawful under Texas state law.

## 10. ELIGIBLE GAMES

The NFL championship game ("Super Bowl") taking place on February 12, 2023.

## 11. RESTRICTIONS ON WITHDRAWAL

The Payout is not transferable and cannot be substituted except in the Sponsor's sole discretion. The Payout may only be used for wagering on your Sportsbook Account or entering contests on your DFS Account. Any unused portion of the Payout will be automatically withdrawn from your Sportsbook Account seven (7) days after being credited to your Sportsbook Account and will be automatically withdrawn from your DFS Account fourteen (14) days after being credited to your DFS Account. In order to withdraw any winnings generated from wagers placed using your Payout from your Sportsbook Account, you must make a minimum deposit of Ten Dollars ($10) into your Sportsbook Account.

In order to withdraw any winnings generated from contests entered into using your Payout from your DFS Account, you must make a minimum deposit of One Dollar ($1) into your DFS Account. You may withdraw any deposited funds without penalty at any time. Payouts made to Sportsbook Accounts are in non-withdrawable site credit but do not carry any restrictions as to withdrawing winnings earned from use of such site credit. Promotion participants located in states that Sponsor does not offer a DFS, or online Sportsbook service may contact customer support at https://support.fanduel.com to convert their Payout, if any, into withdrawable cash. DFS Accounts and Sportsbook Accounts associated with users located in states in which Sponsor currently offers a DFS or online Sportsbook service are not eligible to have any received Payout converted to withdrawable cash.

## 12. CANCELLATION

Should you wish to cancel your participation in this Contest at any time, please contact customer support at https://support.fanduel.com/s/. Upon cancellation, you may withdraw any funds you have deposited into your account without restriction. However, any site credit in your FanDuel Account may not be withdrawn. For customers located in New York, complaints may be filed directly with the New York State Gaming Commission.

## 13. GAMBLING PROBLEM

Arizona Customers: Gambling Problem? Call 1-800-NEXT-STEP or text NEXTSTEP to 53342

Colorado Illinois, New Jersey, Ohio, Pennsylvania, and Virginia Customers: If you or someone you know has a gambling problem, help is available. Call 1-800-GAMBLER.

Connecticut Customers: Gambling Problem? Call 1-888-789-7777 or visit ccpg.org/chat

Indiana Customers: For Help with A Gambling Problem, Call 1-800-9-WITH-IT

Iowa Customers: If you or someone you know needs gambling treatment, call 1-800-BETSOFF

EXHIBIT F

Kansas Customers: Gambling Problem? Getting help is your best bet. Call 1-800-522-4700 or visit ksgamblinghelp.com   Log in (/login?source=Header%20Login)   Join (/join?source=superbowlbingo&source_placement=Header)

Louisiana Customers: If you or someone you know has a gambling problem and wants help, call 1-877-770-STOP

Maryland Customers: Please play responsibly, for help visit mdgamblinghelp.org or Call 1-800-GAMBLER

Michigan Customers: Gambling Problems? Call 1-800-270-7117 for confidential help

New York Customers: For help with a gambling problem, Call 1-877-8HOPE-NY or Text HOPENY (467369)

Tennessee Customers: For problem gambling support, call or text the Tennessee REDLINE 1-800-889-9789

West Virginia Customers: Gambling Problem? 1-800-GAMBLER or visit www.1800gambler.net

Wyoming Customers: Gambling Problem? Call 1-800-522-4700

## 14. ADDITIONAL TERMS

Administration: The Sponsor expressly reserves the right to amend, suspend or terminate this Contest at any time without prior notice or consent. Administration of this Contest is at the sole discretion of the Sponsor. Sponsor reserves the right to restrict at any time any Account holder from participating in this Contest for any reason. Any questions relating to eligibility, these Terms and Conditions or any other questions concerning this Contest will be resolved at the sole discretion of the Sponsor and their decisions will be final and binding with respect thereto. No groups, clubs, corporations, companies, partnerships, or organizations may participate in this Contest or reproduce or distribute any portion of these Terms and Conditions to their members.

Release and Waiver of Liability: By redeeming this Contest, participants agree to release, defend, indemnify and hold harmless the Sponsor, and each of their respective affiliates, gaming license partners, advertising and Contest agencies, directors, officers, employees, representatives and agents from and against any and all liability claims or actions of any kind whatsoever (however named or described) for injuries, death, damages or losses to persons and property which may be sustained in connection with: (i) your participation in the Contest; and (ii) the receipt, use or misuse of the Payout, or while preparing for, participating in, and/or traveling to any Contest-related activity, including those damages caused by the Sponsor's own negligence. The Sponsor expressly disclaim any responsibility or liability for injury or loss to any person or property relating to the delivery and/or subsequent use or misuse of the Payout. In consideration of the Payout, each individual hereby agrees and consents, without further authorization, compensation or remuneration of any kind, to the use of such individual's name, photograph, likeness (including his/her voice), biographical information and statements concerning the Contest, in any and all advertising, Contests and other publicity conducted by the Sponsor, and each of their respective parents, subsidiaries and affiliates.

Governing Law: All issues and questions concerning the construction, validity, interpretation and enforceability of these Terms and Conditions or the rights and obligations of participants and the Sponsor in connection with the Contest will be governed by and construed in accordance with the internal laws of the State of New York, without giving effect to any choice of law or conflict of law rules or provisions that would cause the application of any other laws.

Dispute Resolution: The parties each agree to finally settle all disputes only through arbitration; provided, however, the Sponsor shall be entitled to seek injunctive or equitable relief in the state and federal courts in New York County, New York and any other court with jurisdiction over the parties. In arbitration, there is no judge or jury and review is limited. The arbitrator's decision and award is final and binding, with limited exceptions, and judgment on the award may be entered in any court with jurisdiction. The parties agree that, except as set forth above, any claim, suit, action or proceeding arising out of or relating to this Contest shall be resolved solely by binding arbitration before a sole arbitrator under the streamlined Arbitration Rules Procedures of JAMS Inc. ("JAMS") or any successor to JAMS. In the event 5 JAMS is unwilling or unable to set a hearing date within fourteen (14) days of the filing of a "Demand for Arbitration", then either party can elect to have the arbitration administered by the American Arbitration Association ("AAA") or any other mutually agreeable arbitration administration service. If an in-person hearing is required, then it will take place in New York, New York. The federal or state law that applies to these Terms and Conditions will also apply during the arbitration. Disputes will be arbitrated only on an individual basis and will not be consolidated with any other proceedings that involve any claims or controversy of another party, including any class actions; provided, however, if for any reason any court or arbitrator holds that this restriction is unconscionable or unenforceable, then the agreement to arbitrate doesn't apply and the dispute must be brought in a court of competent jurisdiction in New York County, New York. The Sponsor agree to pay the administrative and arbitrator's fees in order to conduct the arbitration (but specifically excluding any travel or other costs of participant to attend the arbitration hearing). Either party may, notwithstanding this provision, bring qualifying claims in small claims court.

LIMITATION OF LIABILITY: TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, THE SPONSOR, AND THEIR SUBSIDIARIES, ARE NOT RESPONSIBLE OR LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, ECONOMIC, EXEMPLARY, PUNITIVE OR OTHER DAMAGES UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER THEORY ARISING OUT OF OR RELATING IN ANY WAY, DIRECTLY OR INDIRECTLY, TO REDEMPTION OF THE CONTEST, EVEN IF FORESEEABLE OR EVEN IF THE SPONSOR HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

EXHIBIT F

EXHIBIT G

foorementioned informal dispute resolution process is a prerequisite and condition precedent to

di...

(https://sportsbook.fanduel.com/)
FANTASY **15.2 Binding Arbitration**

Only after the parties have engaged in a good-faith effort to resolve the dispute in accordance with this Initial Dispute Resolution (Section 15.1), and only if those efforts fail, then either party may initiate binding arbitration, subject to the exceptions in Section 15.5 and the terms set forth below, as the sole means to resolve claims using the procedures set forth in Section 15.6. To initiate an arbitration, subject to the requirements described in this Section, you or FanDuel must file a demand for arbitration with National Arbitration and Mediation ("NAM"). After filing a copy of the demand with NAM, you must also email a copy to legal@fanduel.com. Merely emailing a demand to FanDuel will not commence an arbitration proceeding. If FanDuel is initiating arbitration, it will serve a copy of the demand to the email address (https://fanduel.com) your FanDuel account. You and FanDuel agree that all claims, disputes, or disagreements
RACEBOOK may arise out of the interpretation or performance of the Agreement, which includes the Terms of Service

(in...                                                 each) or payments by ...
                                                       r relationship with F...
                                                       g arbitration in accorda...

...ation Agreement"). This includes claims that arose, were asserted, or involve facts occurring ...
...ence of this Arbitration Agreement or any prior agreement as well as claims that may arise ...
...nation of this Arbitration Agreement, in accordance with the notice and opt-out provision ...
...on 15.7. This Arbitration Agreement is governed by the Federal Arbitration Act ("FAA") ...
...nces a transaction involving interstate commerce. You and FanDuel expressly agr... ...AA sh...
...sively govern the interpretation and enforcement of this Arbitration Agreement. I... ...r reaso...
...and procedures of the FAA cannot apply, the state law governing arbitration ... ...n the state ...
...n you reside shall apply.

...pt as set forth in Section 15.5, the arbitrator, and not any federal, state ... ...or agency, shall ...
...exclusive authority to resolve all disputes arising out of or relating t... ...ation, applicability, ...
...ceability or formation of these Terms, including, but not limited to,... ...t all or any part of the...
...s are void or voidable, whether a claim is subject to arbitration,... ...ute regarding the payme...
...nistrative or arbitrator fees (including the timing of such paym... ...medies for nonpayment). The ...
...ator shall be empowered to grant whatever relief would b... ...a court under law or in equity. The ...
...ator has the right to impose sanctions in accordance w... ...rules and procedures for any frivolous ...
...s or submissions the arbitrator determines have not... ...good faith, as well as for a party's ...
...e to comply with this Section.

...parties understand that, absent this mandatory provis... ...hey would have the right to sue in court and ...
...a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the...
...of litigation and the right to discovery may be more limited in arbitration than in court. YOU HEREBY...
...NOWLEDGE AND AGREE THAT YOU AND FANDUEL ARE EACH WAIVING THE RIGHT TO A TRI...
...URY TO THE MAXIMUM EXTENT PERMITTED BY LAW.

...pt as set forth in Section 15.4 below, if any provision of this Arbitration Agreement is found by an ...
...ator or court of competent jurisdiction to be invalid, the parties nevertheless agree that the arbitrator ...
...should endeavor to give effect to the parties' intentions as reflected in the provision, and the other ...
...sions thereof remain in full force and effect.



EXHIBIT G

# 14. Notice and procedure for making claims of copyright infringement

FanDuel may, in appropriate circumstances and at its discretion, disable and/or terminate the accounts of users who infringe the intellectual property of others. If you believe that your copyright or the copyright of a person on whose behalf you are authorized to act has been infringed, please provide FanDuel's Copyright Agent a written Notice containing the following information:

1. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

2. a description of the copyrighted work or other intellectual property that you claim has been infringed;

3. a description of where the material that you claim is infringing is located on the Service;

4. your address, telephone number, and email address;

5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright

[...] f perjury, that the abo[...]

[...] that you are the copyright or intellectual property owner or authorized to act on the copyright [...]

[...]ellectual property owner's behalf.

[...]uel's Copyright Agent can be reached in the following ways:

FanDuel, Inc., 300 Park Avenue South, 14th Floor, New York, NY 10010

l: copyright@fanduel.com (mailto:copyright@fanduel.com)

valid, a Notice must be in writing and must follow the instructions above. You [...] the cont[...] mation in this Section to notify us of alleged violations of other intellectual pr[...]

# [...]. Binding arbitration and class a[...] waiver

[...]ASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICAN[...] YOUR LEGAL RIGHT[...] [...]UDING YOUR RIGHT TO FILE A LAWSUIT IN COURT.

## [...]1 Initial Dispute Resolution

[...] Customer Support Team is available via the web (/s[...]ur App to address any concerns you [...] have regarding the Service. Our Customer Suppo[...] resolve most concerns quickly to our [...]rs' satisfaction. Failure to engage in this process co[...]ilt in the award of fees against you in [...]ation. The parties shall use their best efforts through this Customer Service process to settle any disp[...] [...], question, or disagreement and engage in good faith negotiations which shall be a condition to eithe[...] [...] initiating a lawsuit or arbitration. This requires first sending a written description of the dispute to the [...] party. For any dispute you initiate, you agree to send the written description of the dispute along wit[...] [...] address associated with your account to Customer Service, using the link here [...]://support.fanduel.com/s/contactsupport). For any dispute that FanDuel initiates, we will send our wr[...] [...]iption of the dispute to the email address associated with your FanDuel account. The written descrip[...] [...] be on an individual basis and provide, at minimum, the following information: your name; a descripti[...] [...]ature or basis of the claim or dispute; and the specific relief sought. If the dispute is not resolved wit[...] [...](60) days after receipt of the written description of the dispute, you and FanDuel agree to resolve an[...] [...]ining dispute through the further dispute resolution provisions below.

EXHIBIT   H



 

(1)

EXHIBIT I





(1)

EXHIBIT I



EXHIBIT I





(3)

EXHIBIT I



(4)

EXHIBIT I



(5)

EXHIBIT O



Good afternoon Anthony!

My name is Lee and I'm a Customer Operations Supervisor here with
FanDuel. I'd love to try and assist you today!

I'm so sorry you had to reach out regarding your bingo card. After
reviewing your account along with the prior communication, I can confirm
that all qualifying winners have been paid out at this time. Please keep in
mind, just like traditional bingo, it is absolutely possible that hundreds or
thousands of individuals had called bingo at the same time. If those
individuals did not receive a payout, they were not chosen from the group
of winners to receive the promotional funds.

I hope this helps clarify for you. Please don't hesitate to reach back out if
you have any additional questions or need any additional assistance. Have
a wonderful rest of your weekend Anthony!

Lee

If you or someone you know has a gambling problem and wants help, visit
FanDuel's Play Well site at https://www.fanduel.com/playwell for the local
resources and hotlines.

Best,
Lee

If you or someone you know has a gambling problem and wants help, call 1-800-Gambler.

-------------- Original Message --------------
From: Tony [hun80389@gmail.com]
Sent: 2/14/2023, 2:41 PM
To: support@fanduel.com
Subject: Re: Superbowl, I want to receive my prize I've won. My rights are being violated whenever I play FanDuel. It's
now 3 days. See attached Bing Card
[Quoted text hidden]

EXHIBIT K



EXHIBIT K





EXHIBIT K



(4)

EXHIBIT L



EXHIBIT L

https://mail.google.com/mail/u/0/

EXHIBIT M



EXHIBIT M

https://mail.google.com/mail/u/0/

EXHIBIT M



1 of 2

EXHIBIT M

https://mail.google.com/mail/u/0/

(2)

EXHIBIT M



EXHIBIT M

https://mail.google.com/mail/u/0/

(3)

EXHIBIT N



EXHIBIT

N











EXHIBIT



EXHIBIT P



EXHIBIT P

QUESTIONS LOCKED

Questions          Leaderboard

## Pick summary

Will Lauri Markkanen score over 27.5 points?

You Picked:    Lauri Markkanen Over

Will Zach LaVine hit over 2.5 threes?

You Picked:    Zach LaVine Over

Will Luka Doncic have over 52.5 points plus rebounds plus assists?

You Picked:    Luka Doncic Over

Will Paolo Banchero have over 27.5 points plus rebounds?

You Picked:    Paolo Banchero Over

Questions are still being scored, check the leaderboard to see how you're doing!



EXHIBIT 5

 Gmail

Tony <hun80389@gmail.com>

---

**Get up, Anthony - it's Super Bowl Sunday!**
1 message

---

**FanDuel Sportsbook** <email@ma.sb.fanduel.com>
Reply-To: sportsbook@fanduel.com
To: hun80389@gmail.com

Sun, Feb 13, 2022 at 12:16 PM

---

 SPORTSBOOK

Username: puaapplicant
My Account | Support



## SUPER BOWL RISK-FREE SGP

If you haven't already, opt-in and your next **3+ leg Same Game Parlay** wager placed with cash on Super Bowl LVI is RISK-FREE up to $100!

**How to Claim:**

1. Opt-in by heading to the Promotions page and clicking "Opt-In" on your **Risk-Free Super Bowl Same Game Parlay** promotion.

2. After opting in, place a qualifying 3+ leg Same Game Parlay wager with cash on Super Bowl LVI **before today (2/13) at 6:30PM ET.**

3. If your first Same Game Parlay wager placed with cash on Super Bowl LVI after opt-in loses, **you'll receive a refund in**



site credit up to $100 once your bet settles!

LEARN MORE

**Having trouble accessing your account?** Try resetting your password here! Opt-in required. Max bonus $100. Parlays placed with bonus funds are ineligible. Odds must be +400 or greater. Bonus will be issued as site credit within 72 hours of bet settlement.

ODDS BOOSTS

### SUPER BOWL LVI

🏆 **OBJ to have 50+ receiving yards and the Rams to win Super Bowl LVI**
+115 → +150

🏆 **Ja'Marr Chase to have 50+ receiving yards and the Bengals to win Super Bowl LVI**
+195 → +250

Bet Now

Odds and boost offerings are subject to change.

Site credit is non-withdrawable and any winnings from wagers using site credits are not withdrawable until you wager an amount equal to your aggregate site credit amount. Certain wagers excluded. Any unused portion of the site credit will be automatically withdrawn 7 days after it was credited to your FanDuel Sportsbook account.



Support | Unsubscribe | Privacy Policy

Download iOS App | Download Android App

Must be at least 21 years of age, a United States citizen or permanent resident, not an Excluded Person and physically present within the state of Pennsylvania when accessing the service to participate. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER or visit www.800gambler.org. Betfair Interactive US LLC is offering online sports wagering and interactive gaming in Pennsylvania under an agreement with Valley Forge Convention Center Partners, LLC, a Pennsylvania Sports Wagering Certificate holder and Interactive Gaming Certificate holder. The site pa.sportsbook.fanduel.com is authorized by the Pennsylvania Gaming Control Board.

300 Park Avenue South, New York, NY 10010

© Copyright FanDuel Group, Inc. All rights reserved.





## FANDUEL'S #1 GAME IS BACK!

Claim your FREE card filled with squares featuring Super Bowl and pop culture moments for a shot at $100,000 in prizes!

**How It Works:**
1. Click the link below to claim your card before Super Bowl BINGO begins at kickoff (Approx. 6:30 p.m. ET)
2. Check your BINGO card throughout the game - squares fill automatically as they happen!
3. Connect 5 squares in a row and **call BINGO to see if you've won any prizes!**

CLAIM NOW

①



▶ Insert shipping document here.

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2023 FedEx 155475/155476 REV 11/23



PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.

06/20/24 09:02 G1



Made from **100%** recycled paperboard

Scan to learn how we can help make Earth a priority together.



FedEx®